O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 10-1593 AHM (OPx) | Date | November 30, 2010 |
|---|---|---|---|
| Title | US BANK NATIONAL ASSOCIATION v. MODESTO JAOJOCO | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:                Attorneys **NOT** Present for Defendants:

**Proceedings:**           IN CHAMBERS (No Proceedings Held)


Before the Court is plaintiff U.S. Bank National Association's ("Plaintiff") motion to remand this action, which defendant Modesto Jaojoco ("Defendant") removed from San Bernardino County Superior Court on October 18, 2010.  Defendant has failed to oppose the motion to remand.  "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." L.R. 7-12.  In addition, the motion to remand appears meritorious on its face, insofar as there is no proper basis for subject matter jurisdiction alleged in the notice of removal.

Accordingly, the Court GRANTS Plaintiff's motion and remands this action to San Bernardino County Superior Court.[1]  The Clerk is directed to close the file and transfer it accordingly.

No hearing is necessary.  Fed. R. Civ. P. 78; L.R. 7-15.

**JS-6**

:  _____

Initials of Preparer          SMO

---

[1]Docket No. 6.